UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-62670-RAR/STRAUSS

**JOHN SCHIRICO**,

    Plaintiff,

v.

**KILOLO KIJAKAZI,**
Acting Commissioner of Social Security,

    Defendant.
    _____/

## ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon United States Magistrate Judge Jared M. Strauss's Report and Recommendation [ECF No. 28] ("Report"), filed on June 3, 2022. The Report recommends that the Court grant Plaintiff's Consent Motion and Petition for Attorney's Fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C.A. § 2412(d) [ECF No. 27] ("Motion"), filed on June 3, 2022. *See* Report at 1.

When a magistrate judge's "disposition" has properly been objected to, district courts must review the disposition *de novo*. FED. R. CIV. P. 72(b)(3). However, when no party has timely objected, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72 advisory committee's notes (citation omitted). Although Rule 72 itself is silent on the standard of review, the Supreme Court has acknowledged Congress's intent was to only require a *de novo* review where objections have been properly filed, not when neither party objects. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate [judge]'s factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to

those findings."). In any event, the "[f]ailure to object to the magistrate [judge]'s factual findings after notice precludes a later attack on these findings." *Lewis v. Smith*, 855 F.2d 736, 738 (11th Cir. 1988) (citing *Nettles v. Wainwright*, 677 F.2d 404, 410 (5th Cir. 1982)).

Because the Motion is unopposed, the Court anticipates that Defendant has no objections to the Report. Thus, the Court considers it appropriate to review the Report for clear error. Having carefully reviewed Defendant's Motion, the Report, the factual record, the applicable law, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Report [ECF No. 28] is **AFFIRMED AND ADOPTED**.

2. The Motion [ECF No. 27] is **GRANTED**. Plaintiff is awarded attorney's fees and costs in the amount of $6,493.12, contingent on a determination by the Government that Plaintiff owes no qualifying, preexisting debt(s) to the Government, for which sum let execution issue.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 3rd day of June, 2022.

_____
RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE

CC: Magistrate Judge Jared M. Strauss